**Opinion filed May 30, 2014**



# In The

# Eleventh Court of Appeals

_____

## No. 11-14-00026-CV

_____

## GAYLEN SMITH AND CELESTE SMITH, Appellants

## V.

## MARK EDDINS, Appellee

**On Appeal from the County Court at Law No. 3**
**Tarrant County, Texas**
**Trial Court Cause No. 2012-006080-3**

## M E M O R A N D U M   O P I N I O N

Appellants, Gaylen Smith and Celeste Smith, have filed in this court a motion to withdraw their appeal. In the motion, Appellants state that "all matters associated with the pending Appeal have been resolved by way of a Mediated Agreement/Settlement." In accordance with Appellants' request, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to withdraw appeal is granted, and the appeal is dismissed.

PER CURIAM

May 30, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.